David M. Walsh, Esq.
JACKSON LEWIS P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890
*Attorneys for Barclay Water Management, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CLARITY WATER TECHNOLOGIES, LLC, and TODD BROSAN<br>Plaintiffs, | : : : : : | Civil Action No. |
| vs. | : : : | |
| BARCLAY WATER MANAGEMENT, INC., JOHN AND JANE DOES (1-10); ABC COMPANIES (1-10),<br>Defendants. | : : : : : : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Respectfully submitted,

/s/ Anthony M. Bedwell
Anthony M. Bedwell, Esq.
JARDIM, MEISNER & SUSSER
30B Vreeland Road, Suite 201
Florham Park, NJ 07932
(o) (973) 845-7632
(c) (415) 722-8337
(f) (973) 845-7645

*Attorneys for Todd Brosan and Clarity Water Technologies, LLC*

Date: June 4, 2018

Respectfully submitted,

/s/ David M. Walsh
David M. Walsh
JACKSON LEWIS P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890

*Attorneys for Barclay Water Management, Inc.*

Date: June 4, 2018

4850-7635-8503, v. 1