David M. Walsh, Esq.
JACKSON LEWIS P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890
*Attorneys for Barclay Water Management, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CLARITY WATER TECHNOLOGIES, LLC, and TODD BROSAN | : : : | Civil Action No. |
| Plaintiffs, | : : | |
| vs. | : : | |
| | : | **STIPULATION OF DISMISSAL WITH** |
| BARCLAY WATER MANAGEMENT, INC., JOHN AND JANE DOES (1-10); ABC COMPANIES (1-10), | : : : : | **PREJUDICE** |
| | : | |
| Defendants. | : | |

Respectfully submitted,                         Respectfully submitted,

/s/ Anthony M. Bedwell                      /s/ David M. Walsh
Anthony M. Bedwell, Esq.                     David M. Walsh
JARDIM, MEISNER & SUSSER                     JACKSON LEWIS P.C.
30B Vreeland Road, Suite 201                 220 Headquarters Plaza
Florham Park, NJ 07932                       East Tower, 7th Floor
(o) (973) 845-7632                           Morristown, New Jersey 07960
(c) (415) 722-8337                           (973) 538-6890
(f) (973) 845-7645

*Attorneys for Todd Brosan and Clarity Water*    *Attorneys for Barclay Water Management, Inc.*
*Technologies, LLC*

Date: June 4, 2018                          Date: June 4, 2018

4850-7635-8503, v. 1

So Ordered

this 7th day of June 2018

Susan D. Wigenton, U.S.D.J.